UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-2376-GW(JPRx) | Date | June 1, 2016 |
| Title | *Aileen Eddy v. Life Insurance Company of North America* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: SETTLEMENT**

On May 26, 2016, Defendant Life Insurance Company of North America filed a Notice of Settlement. The Court sets an Order to Show Cause Hearing re: Settlement for July 7, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Notice of Dismissal, is filed by noon on July 6, 2016.

:

Initials of Preparer   JG